IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT G. PIEHL,

      Petitioner,

v.                                       CASE NO. 3:16-cv-634-LC-GRJ

SECRETARY, FLA. DEP'T
OF CORRECTIONS,

      Respondent.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's

Report and Recommendation dated February 12, 2018, recommending

that the Petition be dismissed. (ECF No. 27.) Petitioner has been furnished

with a copy of the Report and Recommendation and was afforded an

opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have

made a *de novo* determination of the timely filed objections.

      Having considered the Report and Recommendation, and the

objections thereto, I have determined that the Report and

Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   Respondent's motion to dismiss, ECF No. 23, is **GRANTED**.

3.   The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED.**

4.   A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 6th day of March, 2018.

_s/L.A. Collier_
**LACEY A. COLLIER**
**UNITED STATES SENIOR DISTRICT JUDGE**